FRANK D. TYLER, JR., Respondent, v. GEORGE CONWAY and JOSEPH W. CONWAY, Doing Business under the Trade Name and Style of CONWAY BROTHERS, Appellant.— Appeal from a judgment of the Ulster Trial Term entered May 20, 1937, on a verdict, and from an order denying motion for a new trial. Plaintiff was a passenger riding in the front seat with a driver of experience who was familiar with the road. The road was wet and slippery. Descending a grade into another road the defendant, unable to make the turn, owing to the condition of the road and the speed of the car, ran into a bank, injuring plaintiff. The evidence justified a finding by the jury that the defendant was guilty of negligence and that the plaintiff was free therefrom. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

SHIRLEY WALRATH, Respondent, v. ELIZABETH JENNINGS and GLOVER S. JENNINGS, Appellants. FLOYD WALRATH, Respondent, v. ELIZABETH JENNINGS and GLOVER S. JENNINGS, Appellants.— Defendants have appealed from judgments in plaintiffs' favor and from orders denying their motions for a new trial. Plaintiffs are husband and wife. The wife brought an action against the defendants to recover damages for personal injuries sustained by her as a result of a collision of a car driven by the defendant, Glover S. Jennings, and owned by the codefendant. The plaintiff husband brought an action to recover damages for the loss of his wife's services. The jury rendered a verdict in favor of the wife for $1,000 and a verdict in the husband's favor for $200. On the argument of this cause appellants' counsel asserted that the only question raised by him is that of the contributory negligence of plaintiff. The proof discloses that on April 1, 1936, the plaintiff wife was driving her car easterly on route 5 between Chittenango and Syracuse. Defendant was operating an automobile westerly on the same highway. While plaintiff was attempting to enter a highway known as the Tuscarora road, which intersects route 5, the collision occurred. The jury found that the defendant driver was negligent and that the plaintiff wife was free from contributory negligence. The evidence sustains these findings. Judgments and orders unanimously affirmed, with one bill of costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of JOHN BISHOP, Petitioner, for an Order against RICHARD J. CULLEN, as Chairman, and EDWARD W. EDWARDS and Others, as Members of the Industrial Board of the State of New York, COMER & POLLACK, INC., and HARTFORD ACCIDENT & INDEMNITY CO., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; McNamee, J., dissents on the ground that this case presents purely a question of law, the proper disposition of which is fully indicated in the case of *Matter of Goldberg* v. *954 Marcy Corp.* (251 App. Div. 904; affd., 276 N. Y. 313).